**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**5424 N. Palm Ave. Suite 106**
**Fresno, California 93704**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant FELIMON GUILLEN, JR.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:19-CR-00130-DAD |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| FELIMON GUILLEN, JR., | Date: August 20, 2019 |
| | Time: 2:00 p.m. |
| Defendant. | Court: Hon. Stanley A. Boone |

## STIPULATION

The defendant, FELIMON GUILLEN, JR., by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Katherine Schuh, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference hearing on August 20, 2019, at 2:00 p.m.

2. By this stipulation, the defendant now moves to continue the status conference hearing until September 6, 2019, at 2:00 p.m. before Magistrate Judge Grosjean.

3. The parties agree and stipulate, and request the Court find the following:

       a. The defense counsel has additional preparation and is working on plea negotiations.

       b. Defense counsel is scheduled to be in a jury trial on August 20, 2019, and is unable to make the currently scheduled court date.

4. Based on this matter being a supervised release violation, no exclusion of time is required under the Speedy Trial Act.

IT IS SO STIUPLATED.

Dated: August 16, 2019

                                    /s/ MELISSA BALOIAN
                                    _____
                                    **Melissa Baloian**
                                    Attorney for Defendant

Dated: August 16, 2019

                                    /s/ KATHERINE SCHUH
                                    _____
                                    **Katherine Schuh**
                                    Assistant United States Attorney

------------------------------------------------------------------------------

## ORDER

IT IS SO ORDERED.

Dated: **August 19, 2019**                            _____
                                                                  UNITED STATES MAGISTRATE JUDGE