UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIMON GUILLEN, JR.,<br><br>Defendant. | Case No. 1:19-cr-00130-DAD<br><br>ORDER OF RELEASE TO CENTRAL VALLEY TEEN CHALLENGE PROGRAM |

The above named defendant having been sentenced on November 25, 2019, to 125 days, followed by 36 months supervised release,

IT IS HEREBY ORDERED that the defendant shall be transported from Fresno County Jail to Central Valley Teen Challenge Residential Program on Monday, December 9, 2019 at 8:00 AM by Doug Ghan representative of Teen Challenge Program. Judgment and Commitment Order to follow.

IT IS SO ORDERED.

Dated: **November 26, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

1